JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUN 27 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1507

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

3.06-261

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
JUL 17 2006
J.T. NOBLIN, CLERK
BY_____ DEPUTY

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-71)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 3,029 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 13 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-71 - TAG-ALONG ACTIONS
## DOCKET NO. 1507
## IN RE PREMPRO PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**                **CASE CAPTION**

ALABAMA SOUTHERN
  ALS 1  05-725            Lillie J. Stallworth v. Wyeth Pharmaceuticals, Inc., et al.
  ALS 1  06-311            Sarah A. Hinton v. Wyeth, et al.

FLORIDA MIDDLE
  FLM 6  06-680            Sally J. Beisler v. Wyeth, et al.
  FLM 8  06-429            Lynne Cross, et al. v. Wyeth Pharmaceuticals, Inc., et al.
  FLM 8  06-432            Shirley M. Fanning v. Wyeth Pharmaceuticals, Inc., et al.
  FLM 8  06-438            Jane A. Lee v. Wyeth Pharmaceuticals, Inc., et al.
  FLM 8  06-440            Carolene S. Phillips, et al. v. Wyeth Pharmaceuticals, Inc., et al.
  FLM 8  06-441            Maryanne Stein v. Wyeth Pharmaceuticals, Inc., et al.
  FLM 8  06-442            Lynn J. Wallace, et al. v. Wyeth Pharmaceuticals, Inc., et al.
  FLM 8  06-443            Sarah Weiner, et al. v. Wyeth Pharmaceuticals, Inc., et al.
  FLM 8  06-445            Sharon Ann Zielesch, et al. v. Wyeth Pharmaceuticals, Inc., et al.
  FLM 8  06-726            Louise Schmitt v. Wyeth, et al.
  FLM 8  06-899            Elaine Zaleski v. Wyeth, Inc., et al.

FLORIDA NORTHERN
  FLN 1  06-104            Elaine S. Robbins v. Wyeth, Inc., et al.

MINNESOTA
  MN 0  05-1887            Barbara Russell, et al. v. Vivelle Ventures LLC, et al.
  MN 0  06-1332            Stephanie Stevens, et al. v. Wyeth, et al.
  MN 0  06-1336            Sandra Singer, et al. v. Wyeth, et al.
  MN 0  06-1468            Theresa Stracener v. Wyeth
  MN 0  06-1671            Mary Lyons v. Wyeth, et al.
  MN 0  06-1711            Tessa Leseberg, et al. v. Wyeth, et al.
  MN 0  06-1729            Donna K. Clark v. Wyeth, et al.
  MN 0  06-1730            Sharon E. Lynch v. Wyeth, et al.
  MN 0  06-1739            Sharon Calhoun, et al. v. Wyeth, et al.
  MN 0  06-1740            Jacqueline Dold, et al. v. Wyeth, et al.
  MN 0  06-1741            Desda Chriss, et al. v. Wyeth, et al.
  MN 0  06-1742            Betty Sue Mueller v. Wyeth, et al.
  MN 0  06-1743            Patsy Gustin v. Wyeth, et al.
  MN 0  06-1744            Robyn Carlson v. Wyeth, et al.
  MN 0  06-1746            Isaac R. Rogers, etc. v. Wyeth, et al.
  MN 0  06-1765            Diane R. Frazier v. Wyeth, et al.
  MN 0  06-1766            Karen K. Black v. Wyeth, et al.
  MN 0  06-1767            Janet L. Malmstrom v. Wyeth, et al.
  MN 0  06-1768            Bertha L. Pinkerton v. Wyeth, et al.
  MN 0  06-2078            Jamie Basham, etc. v. Wyeth, et al.
  MN 0  06-2079            Barbara Long v. Wyeth, et al.
  MN 0  06-2081            Kathryn Pritchett, et al. v. Wyeth, et al.
  MN 0  06-2082            Stanley Payton, Sr., etc. v. Wyeth, et al.

MISSOURI EASTERN
  MOE 4  06-668            Judith Ann Jaggie v. Wyeth, et al.

SCHEDULE CTO-71 - TAG-ALONG ACTIONS     MDL-1507                    PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSISSIPPI NORTHERN** | |
| MSN 1 06-139 | Cheryl Stegall v. Wyeth |
| MSN 1 06-143 | Doris M. Gist v. Wyeth, et al. |
| MSN 1 06-144 | Trudy L. Jamison v. Wyeth, et al. |
| MSN 1 06-145 | Josie G. Elliott v. Wyeth, et al. |
| MSN 1 06-146 | Brenda J. Hare v. Wyeth, et al. |
| MSN 1 06-147 | Willie Jean Olive v. Wyeth, et al. |
| MSN 1 06-148 | Geraldine D. Hayes v. Wyeth, et al. |
| MSN 1 06-149 | Martha P. Layton v. Wyeth, et al. |
| MSN 1 06-153 | Phyllis A. Williams v. Wyeth, et al. |
| MSN 1 06-154 | Peggy J. Wadkins v. Wyeth, et al. |
| MSN 2 06-87 | Patricia Ann Daniel v. Wyeth, et al. |
| MSN 3 06-66 | Onie Lorene Stepp v. Wyeth, et al. |
| MSN 3 06-68 | Barbara L. Thompson v. Wyeth, et al. |
| MSN 3 06-69 | Clarice T. Turner v. Wyeth, et al. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 1 06-482 | Eve O. Branton v. Wyeth, et al. |
| MSS 1 06-484 | Annabelle R. Portrey v. Wyeth, et al. |
| MSS 1 06-485 | Emma Lou Hare v. Wyeth, et al. |
| MSS 2 06-126 | Pearl E. Morgan v. Wyeth, et al. |
| MSS 2 06-127 | Lyndel H. McKay v. Wyeth, et al. |
| MSS 2 06-130 | Sandra Allen v. Wyeth, et al. |
| MSS 3 06-261 | Frances W. Blackwell v. Wyeth, et al. |
| MSS 3 06-270 | Emma Jean Harris v. Solvay Pharmaceuticals, Inc. |
| MSS 4 06-68 | Elouise Shanks v. Wyeth, et al. |
| MSS 5 06-74 | Brenda Townsend v. Wyeth, et al. |
| MSS 5 06-75 | Rosetta G. Watts v. Wyeth, et al. |
| **TEXAS SOUTHERN** | |
| TXS 4 06-1131 | Jacqueline S. Autrey, et al. v. Wyeth, et al. |
| TXS 4 06-1324 | Toby Ackerman, et al. v. Wyeth, Inc. |
| **WASHINGTON WESTERN** | |
| WAW 3 05-5712 | Nellie Bjornson, et al. v. Pharmacia & Upjohn Co., LLC, et al. |

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

July 13, 2006

**RECEIVED JUL 17 2006**
Clerk, U.S. District Court
Southern District of Miss.

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Re: MDL-1507 -- In re Prempro Products Liability Litigation

(See Attached CTO-71)

Dear Mr. McCormack:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on June 27, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Docket Specialist

Attachments

cc: Transferee Judge: Judge William R. Wilson, Jr.
    Transferor Judges: (See Attached List of Judges)
    Transferor Clerks: (See Attached List of Clerks)

JPML Form 36A